IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| **WARREN SKILLERN** ) | |
| ) | |
| vs. ) | CIVIL ACTION 611-085 |
| ) | |
| Major **BOYETTE**; Warden ) | |
| **CHATMAN**; Officer **BROWN**; ) | |
| Officer **STOUTMAIRE**; **CONTROL** ) | |
| **BOOTH GUARD**; **CERT GUARDS**; ) | |
| and **CERT Commander HUNT** ) | |

### ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. **ACCORDINGLY,** the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the court. This case is **DISMISSED.**

SO ORDERED this _____ day of October, 2011.

_____
B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia