IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| **WARREN SKILLERN** ) | |
| ) | |
| vs. ) | **CIVIL ACTION 611-085** |
| ) | |
| Major BOYETTE; Warden ) | |
| CHATMAN; Officer BROWN; ) | |
| Officer STOUTMAIRE; CONTROL ) | |
| BOOTH GUARD; CERT GUARDS; ) | |
| and CERT Commander HUNT ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. **ACCORDINGLY,** the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the court. This case is **DISMISSED.**

SO ORDERED this _____ day of October, 2011.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia